# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 12-1241                                          September Term, 2013

SEC-REL33-9311,SEC-REL34-66752, SEC-REL40-3393

Filed On: January 22, 2014

Matthew J. Collins,

    Petitioner

v.

Securities and Exchange Commission,

    Respondent

**BEFORE:**    Kavanaugh, Circuit Judge; Williams and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on January 10, 2014, it is

**ORDERED** that the petition be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Jennifer M. Clark
Deputy Clerk